OCTOBER 27, 1958.

No. 415, October Term, 1957. COUNTY OF MARIN ET AL. *v.* UNITED STATES ET AL., 356 U. S. 412. The motion to allow and tax costs is granted to the extent of

three-fifths of such costs which are hereby taxed against appellees exclusive of the United States and the Interstate Commerce Commission. MR. JUSTICE STEWART took no part in the consideration or decision of this motion. *Spurgeon Avakian* for appellants. *Allan P. Matthew* for the Golden Gate Transit Lines et al., appellees.

